MINDY TAIRA-KAPLAN (CSB 294040)
Law Office of Mindy Taira-Kaplan
360 Grand Ave., #314
Oakland, CA 94610
707-978-3965
mindy@mtklegal.com

JONATHAN WEISSGLASS (CSB 185008)
Law Office of Jonathan Weissglass
1939 Harrison Street, Suite 150-B
Oakland, CA 94612
510-836-4200
jonathan@weissglass.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jane DOE; and John DOE,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>DANIELLE LEHMAN, Director of the USCIS San Francisco Asylum Office; and ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security,<br><br>　　　Defendants. | Case No. 4:24-cv-00554-KAW<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROCEED UNDER THE PSEUDONYMS JANE AND JOHN DOE** |

1    Plaintiffs filed an administrative motion seeking permission to proceed with this action
2  using the pseudonyms Jane and John Doe.  Having considered Plaintiffs' motion and weighing
3  Plaintiffs' need for anonymity against the prejudice to the Defendants and the public's interest in
4  open courts, the Court finds that there is good cause to permit Plaintiffs to proceed using the
5  pseudonyms Jane and John Doe.
6    IT IS SO ORDERED.

Dated: April 9, 2024

_____
Hon. Kandis A. Westmore